**Lonnie SNELLING, Plaintiff/Appellant,**

v.

**Queen Esther STEPHENSON,
Defendant/Respondent.**

No. 69981.

Missouri Court of Appeals,
Eastern District,
Division Three.

June 4, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 24, 1996.

Application to Transfer Denied
Sept. 17, 1996.

Lonnie Snelling, University City, pro se.

John R. Essner, Legal Services of Eastern Mo., St. Louis, for respondent.

Before GERALD M. SMITH, P.J., and GARY M. GAERTNER and RHODES RUSSELL, JJ.

*MEMORANDUM DECISION*

PER CURIAM.

Plaintiff appeals from the Circuit Court of St. Louis City's denial of his Motion to Set Aside a consent judgment he entered into with defendant on September 13, 1991. No jurisprudential purpose would be served by a written opinion. The Circuit Court's denial is affirmed. Rule 84.16(b).